IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO ALEXIS CASILLAS RIVERA

DEBTOR

CASE NO. 10-10866-BKT

CHAPTER 13

## NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
## AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **PEDRO ALEXIS CASILLAS RIVERA** debtor in the above captioned case, through the undersigned attorney, and very respectfully state and pray:

1. Debtor is hereby submitting an amended Plan dated May 11, 2011, herewith and attached to this motion.

2. This Amended Chapter 13 Plan is filed to inform that debtor maintains regular payments directly to Rent Express By Berrios.

**WHEREFORE**, the debtor prays that this Honorable Court take knowledge of said amendment and provide accordingly.

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant, debtor, Pedro Alexis Casillas Rivera, and to all creditors and parties in the above captioned case.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 11th day of May, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186
CAGUAS PR 00726
TEL. NO. (787) 744-7699
FAX (787) 746-5294
Email: rfigueroa@prtc.net

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:  Case No. **10-10866-13**

**CASILLAS RIVERA, PEDRO ALEXIS**  Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **5/11/2011**
☐ PRE ☐ POST-CONFIRMATION  Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **250.00** x **12** = $ **3,000.00**
$ **710.00** x **12** = $ **8,520.00**
$ **985.00** x **36** = $ **35,460.00**
$ ___ x ___ = $ ___
$ ___ x ___ = $ ___

TOTAL: $ **46,980.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ___ x ___ = $ ___

PROPOSED BASE: $ **46,980.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,854.00**

Signed: **/s/ PEDRO ALEXIS CASILLAS RIVERA**
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ___ $ ___
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **FIRST BANK**    Cr. **FIRST BANK**    Cr. _____
# **4160-000-451-755**    # **Post-petition 1755**    # _____
$ **10,618.29**    $ **3,854.69**    $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
**RENT EXPRESS BY    FIRST BANK**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
        ☐ Paid 100% / ☐ Other: _____
Cr. ___    Cr. ___    Cr. ___
# ___    # ___    # ___
$ ___    $ ___    $ ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
Debtor(s) will pay GENERAL UNSECURED in full (100% + 6% interest per annum), under chapter 13 plan.
Debtor assume contract lease with Rent Express by Berrios.
Coop A/C Naguabeña paid directly by debtor's father (Pedro Casillas Perez).
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
*Or as otherwise specified on proof of claim.
Late filed claims filed by creditors will receive no distribution.
"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.
Debtor reserves the right to object claims after plan confirmation.

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**    Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

CASILLAS RIVERA, PEDRO ALEXIS
PO BOX 561
RIO BLANCO
NAGUABO, PR 00744

R. Figueroa Carrasquillo
Law Office
PO Box 193677
San Juan, PR 00919-3677

AAA
PO BOX 70101
SAN JUAN, PR 00936-8101

COLLECTION
700 LONGWATER DR
NORWELL, MA 02061

COOP A/C NAGUABEÑA
PO BOX 69
NAGUABO, PR 00718-0069

DEPARTAMENTO DE TRANSPORTACION
CENTRO GUBERNAMENTAL MINILLAS
SANTURCE, PR 00940

FIRST BANK
PO BOX 19327
SAN JUAN, PR 00910-1427

LATIMER, BIAGGI, RACHID & GODREAU
PO BOX 9022512
SAN JUAN, PR 00902-2512

LVNV FUNDING LLC
SAMS CLUB
PO BOX 740281
HOUSTON, TX 77274

NWIDE RECOVERY
AT&T MOBILITY
2304 TARPLEY RD STE 134
CARROLLTON, TX 75006

Rent Express by Berrios
Road 786 Int 30
Humacao, PR 00792

RENT EXPRESS BY BERRIOS
ROAD 786 INT 30
HUMACAO, PR 00792

SEARS
LVNV FUNDING LLC
PO BOX 6189
SIOUX FALLS, SD 57117