# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re: | CASE NO. 10-10866-BKT<br>CHAPTER 13 |
| PEDRO A. CASILLAS RIVERA<br>Debtor | INDEX____ |
| FIRSTBANK PUERTO RICO<br>Movant | (x) of acts against property under<br>11 USC 362 (d) (2) |
| V. | ( ) of other acts under 11 USC 362<br>(d) (1) |
| PEDRO A. CASILLAS RIVERA<br>and  JOSE RAMON CARRION<br>MORALES<br>Trustee | ( ) of co-debtor stay under 11 USC<br>1201 (c) (2) or 1301 (c) (2) |
| Respondents | |

## MOTION REQUESTING RELIEF FROM THE AUTOMATIC STAY

### TO THE HONORABLE COURT:

**COMES NOW**, **FIRSTBANK PUERTO RICO**, through its undersigned attorneys and very respectfully states and prays:

1. That jurisdiction is ascertained under 28 USC§1334 & 28 USC § 157.

2. That on April 13, 2004, **Pedro Alexis Casillas Rivera, Pedro Casillas Pérez and Gladys Rivera Sánchez** the above captioned Debtors, for value received, subscribed a Note for the amount of $75,700.00 with interest at the annual rate of  six and three seventy five (6.375%.) **(See Exhibit I, Note)**

3. To guarantee the aforesaid Note, the above captioned Debtors subscribed a First Mortgage Deed #145 in the amount of $75,700.00 plus an

additional amount of $7,570.00 for attorney's fees if the mortgagee had to file an

action in Court requesting the foreclosure of said mortgage. The before mentioned

deed was subscribed on April 13, 2004, before Notary Public Carlos R. Garriga

Blanco. **(See Exhibit II, Deed)**

> **URBANA: Solar marcado con el número dos (2) del bloque "D" de la Urbanización Río Blanco Heights, radicado en el término municipal de Naguabo, Puerto Rico, con un área superficial de TRESCIENTOS DOCE (312.00) METROS CUADRADOS, en lindes por el Norte, en doce (12.00) metros, con la Calle Número Ocho (8); por el SUR, en doce (12.00) metros, con el solar número nueve (9) del bloque "D"; por el Este, en veintiseis (26.00) metros, con el solar número uno (1) del bloque "D", y por el Oeste, en veintiseis (26.00) metros, con el solar número tres (3) del bloque "D")------------------------------------------**

> **Enclava casa-------------------------------------------------------------------**

> **Inscrita al Folio cincuenta y siete (57) del tomo treinta y uno (31) de Naguabo, finca número seis mil novecientos noventa y dos (6,992), Registro de la Propiedad de Humacao.--------------------------------------**

4. That the herein Debtor, is the owner of the mortgaged property

according to the Title Study and Certification from the Property Registry. **(See**

**Exhibit III)**

5. That Debtor, **_Pedro A. Casillas Rivera,_** has failed to comply with the

terms and conditions of the aforesaid mortgage, and is in arrears since the month of

June 2011.

6. That the principal actually owed by Debtor is in the amount of

$70,174.86 plus interests accrued from June 2011. In addition, Debtor owes $23.61

in late charges, $250.00 for attorney's fees, and $150.00 of filing fees. **(See**

**Exhibit IV, Firstbank Puerto Rico)**

7.     That Debtor has failed to make payments to his mortgage since June 2011. It is Movant's contention that said failure constitutes cause as stated in 11 USC§ 362 (d) (1).  Based on the aforesaid the automatic stay should be lifted in favor of the herein movant.

8.     The Military Status Report Pursuant to the Service Members Civil Relief Act of 2003 has been included as **Exhibit V.**

9.     That **Mr. José R. Carrión Morales, Esq.,** has been appointed Trustee of Debtor's estate and neither him, nor Debtor has provided adequate protection to the herein secured creditor.

10.     Therefore, through this motion, relief from the stay of an act against property is being sought.

**WHEREFORE,** and in view of the aforesaid, it   is hereby respectfully requested that an Order be entered granting relief from the automatic stay, allowing the herein secured creditor to commence or continue with the appropriate State or Federal foreclosure proceeding against the property at bar.

> **WITHIN TWENTY (20) DAYS AFTER SERVICE** as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS PAPER with the Clerk's office of the U.S.Bankruptcy Court for the District of Puerto Rico. **IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE PAPER WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED** unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

3

**CERTIFICATE OF SERVICE: I HEREBY CERTIFY,** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to of such filing to: ***Mr. José R. Carrión Morales, Esq.*** Chapter 13 Trustee, PO Box 9023884, San Juan, PR 00092-3884; ***Ms. Monsita Lecaroz Arribas, Esq.***, Office of the US Trustee, Ochoa Building, 500 Tanca Street, Suite 301, San Juan, PR 00901; **Mr. Roberto Figueroa Carrasquillo, Esq.** PO Box 186, Caguas PR 00726; Email:rfigueroa@prtc.net and to **Mr. Pedro A. Casillas**, PO Box 561, Río Blanco, Naguabo, 00744, and to all non participants of CM/ECF.

In San Juan, Puerto Rico this 12th day of September of 2011.

**/s/ RAFAEL A. GONZALEZ VALIENTE**
**USDC NO. 225209**
**COUNSEL FOR FIRSTBANK PR**
**LATIMER, BIAGGI, RACHID & GODREAU**
**P. O. BOX 9022512**
**TEL:  (787) 724-0230 FAX: (787) 724-9171**
**rgonzalez@lbrglaw.com**

G:\ZORALBA\QUIEBRAS\FIRSTBANK\0471-417   Pedro Casillas\Motion Req Lift of Stay.doc

4

EXHIBIT I

126 - 13002244

------------------------------------------------- **NOTE** -------------------------------------------------
------------------------------------------------- **PAGARE** -------------------------------------------------

US $      75,700.00                GUAYNABO, I Mean in San Juan, Puerto Rico
                                                        City-(Ciudad)

                                              April 13          , 2004
                              13 de              abril          de 2004

FOR   VALUE   RECEIVED,   the   undersigned   ("Borrower")   promise(s)   to
POR  VALOR  RECIBIDO,  el  (los)  suscribiente  (s)  ("Deudor")  promete  (n)  pagar  a-

pay     R&G MORTGAGE CORPORATION          ,  or   order,  the  principal  sum  of
        R&G MORTGAGE CORPORATION              o  a   su   orden,  la   suma  de
SEVENTY-FIVE THOUSAND SEVEN HUNDRED AND 00/100

Dollars   with   interest   on   the   unpaid   balance   from   the   date   of   this
Dólares,  con  intereses  sobre  el  balance  insoluto  de  principal  desde  la  fecha  de

Note,  until  paid,  at  the  rate  of          SIX AND 37500/100000                per
este  Pagaré  hasta  su  pago  a  razón  del                                        por

cent   per   annum.    Principal   and   interest   shall   be   payable   at
ciento anual. El principal e intereses serán pagaderos en --------------------------------------------------
R&G MORTGAGE CORPORATION
280 JESUS T. PINERO
HYDE PARK
HATO REY, PR 00918

or   such   other   place   as   the   Note   Holder   may   designate   in   writing,
o   en   cualquier   otro   lugar   que   el   tenedor   de   este   Pagaré   indique   por   escrito,--

in consecutive monthly installments of
en plazos mensuales y consecutivos de

FOUR HUNDRED SEVENTY-TWO AND 27/100        Dollars        (US$        472.27   ),
                                           Dólares        (US$        472.27   ),

on the first (1st.) day of each month beginning on    June
en el primer (ler.) día de cada mes comenzado en      junio

       2004        until    the    entire    indebtedness    evidenced    hereby    is    fully
de     2004        hasta    que    se    pague    totalmente    la    deuda    evidenciada    por    el

paid,    except    that    any    remaining    indebtedness,    if    not    sooner    paid,
presente,    si    no    antes    pagada,    quedará    vencida    y    pagadera    en

shall be due and payable on      May 01 , 2034
                                 01 de mayo          de   2034

--If any monthly installment under this Note is not paid
--Si cualquier plazo mensual bajo este Pagaré no es pagado cuando

when due and remains unpaid after a date specified by a notice to
venza y permanece impagado luego de la fecha especificada en la notificación

Borrower, the entire principal amount outstanding and accrued --
al Deudor, la suma total de principal pendiente de pago e intereses -----------------------

interest thereon shall at once become due and payable at the
acumulados sobre la misma quedarán inmediatamente vencidos y pagaderos a -----------------

option of the Note Holder hereof. The date specified shall not be
opción del tenedor de este Pagaré. La fecha especificada no será anterior a ----

less than thirty days from the date such notice is mailed. --------------
treinta días a partir de la fecha de envío por correo de dicha notificación. ----

The Note Holder may exercise this option to accelerate during
El tenedor de este Pagaré podrá ejercitar esta opción de aceleración durante --

any default by Borrower regardless of any prior forbearance. --------------
cualquier incumplimiento del Deudor, no empece cualquier indulgencia de moro-

If suit is brought to collect this Note, the Note Holder shall
sidad anterior. De redicarse procedimiento judicial para el cobro de este --

be entitled to collect in such proceeding the agreed and -------------------
Pagaré el tenedor de este Pagaré tendrá derecho a cobrar en dicho ---------------------

liquidated amount of ten per cent of the original principal ---------------
procedimiento la suma pactada y líquida de diez por ciento de la suma ----------------------

amount hereof to cover cost and expenses of suit, including but --
original de principal del presente para cubrir las costas y gastos de dicho ----

not limited to, attorney's fees. -------------------------------------------
procedimiento, incluyendo, sin implicar limitación, honorarios de abogado. ------------------------

PACR
ARS
PCP

---Borrower shall pay to the Note Holder a late charge of
---El Deudor pagará al tenedor de este Pagaré un cargo por pago atrasado de--

--- five (5%)---- per cent of any monthly installment not received
--------cinco (5%0 ------------- por ciento de cualquier plazo mensual que no sea recibido por el

by the Note Holder within ----- fifteen (15) ---- days after the
tenedor de este Pagaré dentro de quince (15) días después de la

installment is due. -------------------------------------------------------
fecha de vencimiento de dicho plazo. -------------------------------------------------------

Borrower may repay the principal amount outstanding in whole
El Deudor podrá pagar por anticipado la totalidad o parte del balance insoluto

or part. The Note Holder may require that any partial prepayments
del prinicpal. El tenedor de este Pagaré podrá requerir que cualesquiera pagos

(i) be made on the date monthly installments are due an (ii) be in
parciales (i) sean hechos en la fecha en que venzan plazos mensuales y (ii) sean

the amount of that part of one or more monthly installments which
en la cuantía de aquella parte de uno o más plazos mensuales que sería aplicable

would be applicable to principal. Any partial prepayment shall be
a principal. Cualquier pago parcial por anticipado será aplicado contra el

applied against the principal amount outstanding and shall not
principal insoluto y no pospondrá la fecha de vencimiento de cualquier plazo

postpone the due date of any subsequent monthly installments or
mensual subsiguiente ni cambiará el monto de dichos plazos, a menos que el

change the amount of such installments, unless the Note Holder
tenedor de este Pagaré acuerde lo contrario por escrito. Si, dentro de cinco (5)

shall otherwise agree in writing. If, within five years from the
años desde la fecha de este pagaré, se hace cualquier pago

date of this Note, any prepayment is made in any
anticipado en cualquier período de doce meses comenzando con la ------------

twelve month period beginning with the date of this note or
fecha de este Pagaré o la de sus aniversarios ("año del préstamo")

anniversary dates thereof ("loan year") with money lent
con dineros prestados por un prestador que no sea el

by a lender other than the holder hereof, the Borrower
tenedor del presente, el Deudor pagará al tenedor del presente

shall pay the holder hereof (a) during the first loan year
(a) durante el primer año del préstamo tres por ciento (3%) de la cuantía

three (3%) per cent of the prepaid amount (b) during the second and
prepagada, (b) durante el segundo y tercer años del préstamo dos por ciento

third loan years two (2%) per cent of the prepaid amount, and (c)
(2%) de la cuantía prepagada, y (c) durante el cuarto y quinto año del préstamo

during the fourth and fifth loan years one (1%) per cent of the
un por ciento (1%) de la cantidad prepagada. -------------------------------------------

prepaid amount. --------------------------------------------------------------------------------
--------------------------------------------------------------------------------

The above prepayment penalty will not be enforced if this Note is
La anterior penalidad por prepago no podrá ser ejercitada si este Pagaré es

sold by the holder hereof to The Federal Home Loan Mortgage
vendido por el tenedor de este Pagaré a la "Federal Home Loan Mortgage

Corporation (FREDDIE-MAC), or the Federal National Mortgage
Corporation (FREDDIE-MAC) o la "Federal National Mortgage -------------------------------------------

Association" (FANNIE-MAE). --------------------------------------------------------------------
Association" (FANNIE-MAC). -------------------------------------------------------------------------------

---Presentment, notice of dishonor, and protest are hereby------------------
---Por la presente se renuncian los derechos de presentación, aviso de ------

waived by all makers, sureties, guarantors and endorsers hereof. ------
rechazo, y protesto por todos los otorgantes, fiadores, garantizadores y ----

This Note shall be the joint and several obligation of all ----------------------
endosantes del presente. Este Pagaré constituye la obligación solidaria de --

makers, sureties, guarantors and endorsers, and shall be binding -------------
todos sus otorgantes, fiadores, garantizadores y endosantes y les obliga ----

upon them and their heirs, personal representatives, successors --
así como a sus herederos, representantes personales, sucesores y ------

and assigns. ------------------------------------------------------------------------------------.
cesionarios. --------------------------------------------------------------------------------

---Any notice to Borrower provided for in this Note shall be -----------------------------: ----
---Cualquier notificación al Deudor dispuesta en este Pagaré deberá ser --------------------------

given by mailing such notice by certified mail addressed to -----------------------------------
enviada por correo certificado dirigida al Deudor a la Dirección de la ----------------------------------

Borrower at the Property Address stated below, or to such other ----
Propiedad que abajo se indica, o a cualquier otra dirección que el Deudor ------------------

address as Borrower may designed by notice to the Note Holder
designe mediante notificación al tenedor de este Pagaré. Cualquier ----------------------

hereof. Any notice to the Note Holder shall be given by mailing
notificación al tenedor de este Pagaré deberá ser enviada por correo ------

such notice by certified mail, return receipt requested, to the
certificado, con acuse de recibo, al tenedor de este Pagaré a la dirección

Note Holder hereof at the address stated in the first paragraph of
indicada en el primer párrafo de este Pagaré, o a cualquier otra dirección

this Note, or at such other address as may have been designated by
que se haya designado mediante notificación al Deudor. ----------------------------------

notice to Borrower. ------------------------------------------------------------------------

PACR
HRS
PEP

--- The indebtedness evidenced by this Note is secured by a
--- La deuda evidenciada por este Pagaré está garantizada por una Hipoteca,

Mortgage, date of even dated herewith, on the property as
de fecha igual a la del presente, sobre propiedad según indicada en la -

indicated in Deed number --145 ------- before the suscribing Notary.
Escritura número                            ante el Notario suscribiente. -----

PEDRO ALEXIS CASILLAS RIVERA

PAY TO THE ORDER OF
R-G Premier Bank of P. R.

PEDRO CASILLAS PÉREZ - CO-DEUDOR

WITHOUT RECOURSE
R-G MORTGAGE CORP

GLADYS RIVERA SANCHEZ - CO-DEUDOR

By

Borrower - Deudor

8ST D2 RIO BLANCO HEIGHTS
XNAGUABO PR 007180000

Property Address
Dirección de la Propiedad

(Execute Original Only)
(Otórguese el Original solamente)

Signed and sealed as witness
Firmado y sellado como testigo
AFFIDAVIT NO.: 7,283
   ACKNOWLEDGED AND SUBSCRIBED TO BEFORE ME IN THE PLACE AND DATE ABOVE
MENTIONED.

Notary Public
Notario Público

PAY TO THE ORDER OF

**FIRSTBANK PUERTO RICO**

WITHOUT RECOURSE
R-G PREMIER BANK OF PUERTO RICO

BY:
JORGE LUIS ORTIZ
V.P. FINANCE

SDSL252031

ED60252MP/L252031/MP0031/04

Hoy día de su otorga-
miento expedí primera
copia certificada a –
petición de Acreedor—-
Hipotecario.---------------

EXHIBIT _II_ _

DOY FE. _____

----DEED NUMBER: ONE HUNDRED FORTY FIVE (145)-------------
----ESCRITURA NUMERO: _____

------------FIRST MORTGAGE------------
--------------PRIMERA HIPOTECA--------------

----In the City of    San Juan,------------------ Puerto Rico,---
----En la Ciudad de    --------------------------------- Puerto Rico,---

this   Thirteenth (13th)--- day of   April, Two Thousand----
hoy día    ------------------    de    ------------------------

Four (2004).----------------------------------------------

------------------------BEFORE ME-------------------
--------------------------ANTE MI-----------------------

---- CARLOS R. GARRIGA BLANCO-------------- , a Notary Public
---- ---------------------------------------------------", Notario Público

In Puerto Rico, with residence in the City of    Guaynabo,-----------
en Puerto Rico con residencia en la Ciudad de    --------------------------

Puerto Rico and offices in the City of  San Juan,------- Puerto Rico
Puerto Rico y oficinas en la Ciudad de  ------------------------ , Puerto Rico

--------------------------APPEAR----------------------
----------------------- COMPARECEN ----------------------

----The Person (s) mentioned in paragraph SEVENTH hereof (herein
----La (s) persona(s) mencionada(s) en el párrafo  SEPTIMO  (en adelante

"Borrower").---------------------------------------------
"el Deudor").---------------------------------------------

----I, the Notary, hereby certify that I know the,  appearing parties
----Yo, el Notario, por la presente certifico que conozco a los comparecientes

herein  and through their  statements as to their ages, civil  status,
y    por    sus    dichos    de    sus    edades,    estados    civiles,

occupations and residences. They assure me that they have, and in my
ocupaciones    y    residencias.    Ellos    me    aseguran    que    tienen,    y    a    mi

judgment they do have, the necessary legal capacity to execute this
juicio    tienen,    la    capacidad    legal    necesaria    para    otorgar    esta

deed; wherefore they freely ------------------------------------
escritura; por tanto libremente ------------------------------

--------------- STATE AND COVENANT: --------------
--------------- DECLARAN Y CONVIENEN: -----------------

----FIRST: That Borrower, is owner of the property described in
----PRIMERO: Que el Deudor es dueño de la propiedad descrita en

paragraph FIFTH hereof (herein "Property") and has the
el párrafo QUINTO de la presente (en adelante "la Propiedad") y que llene el

right to mortgage said Property, that the Property is unencumbered,
derecho de hipotecar dicha Propiedad, que la Propiedad se halla libre de cargas

and that Borrower will warrant and defend the title to said
y gravámenes y que el Deudor garantizará y defenderá su título a dicha

Property against all claims and demands, subject to any declarations,
Propiedad contra toda reclamación y demanda, sujeto a cualquier declaración,

easements or restrictions listed in a schedule of exceptions to coverage
servidumbre o restricción detallada  en la lista de excepciones a cubierta

in any title insurance policy insuring the interest in the Property
en cualquier póliza de seguro de título que asegure el interés en la Propiedad

of the Lender mentioned in paragraph EIGHTH hereof (herein
del Prestador mencionado en el párrafo OCTAVO de la presente (en adelante

"Lender").———————————————————————————————————
"el Prestador").————————————————————————————————

——SECOND: That Borrower is indebted to Lender in the
——SEGUNDO: Que el Deudor adeuda al Prestador la

principal sum of    SEVENTY FIVE THOUSAND SEVEN HUNDRED————
suma principal de   —————————————————————————————

DOLLARS ($75,700.00)—————————————————————————————

with interest thereon at the rate of   SIX POINT THREE SEVENTY FIVE
con interés sobre la misma a razón del   ——————————————————

percent( 6.375——————%) per annum, which indebtedness is evidenced
por   ciento ( —————————— %)  anual,  cuya  deuda  está  evidenciada

by a certain  note payable to Lender, or to its order, dated   April  —————
—— por   un  pagaré pagadero al Prestador, o a su orden, fechado  ————————

Thirteenth (13th), Two Thousand Four (2004),—————————

copy  of  which  is  annexed  to  the  first  certified  copy,
copia   del   cual   se   una   a   la   primera   copia   certificada,

(herein  "Note")  providing  for  monthly  installments·  of
(en adelante "el Pagaré") en el cual se dispone para el pago de plazos mensuales de

principal and interest with the balance of the indebtedness, if not
principal  e · intereses  con  el  balance  de  la  deuda,  si  no  ha  sido

sooner paid, due and payable on   May first (1st), Two ————————
antes satisfecho, vencedero y pagadero el   ——————————————————

Thousand Thirty Four (2034).—————————————————————

——THIRD: To secure to Lender or to the holder by endorsement of
——TERCERO: Para garantizar al Prestador o al tenedor por endoso del

the note (a) the repayment of the indebtedness evidenced by the Note,
Pagaré  (a)  el  pago  de  la  deuda  evidenciada  por  el  Pagaré,

with interest thereon, (b) the performance of the covenants and
con   sus   intereses,   (b)   el   cumplimiento   de   los   pactos   y

agreements of Borrower herein contained, (c) an amount of ten percent
convenios del Deudor aquí contenidos, (c) una suma equivalente al diez por ciento

of the original principal amount of the Note to cover costs, expenses and
de la cuantía original del principal del Pagaré para cubrir costas, gastos y

attorney's fees in the event the holder of the Note is required to
honorarios de abogado en caso de que el tenedor del Pagaré tenga que

foreclose this Mortgage or seek judicial collection, or collection
ejecutar esta Hipoteca o recurrir a procedimiento judicial para su cobro, o su cobro

in any proceeding in bankruptcy of the Borrower, which amount shall
en cualquier procedimiento en quiebra del Deudor, cuya suma será

be considered liquid and payable by the sole act of filing the complaint
considerada líquida y exigible por el solo acto de la radicación de la demanda

and shall be in addition to the principal amount of the Note, (d) an
y será en adición al principal del Pagaré, (d) una

amount of ten percent of the original principal amount of the Note
suma equivalente al diez por ciento de la cuantía original del principal del Pagaré

to cover any other advances which may be made under this Mortgage
para cubrir cualquier otro anticipo que pueda hacerse bajo esta Hipoteca,

and (e) an amount of ten percent of the original principal amount of the
y (e) una suma equivalente al diez por ciento de la cuantía original del principal del

Note to cover interest in addition to that secured by law, Borrower
Pagaré para cubrir intereses en adición a los garantizados por ley el Deudor

dons hereby create a voluntary first mortgage on the Property. In the
por la presente constituye primera hipoteca voluntaria sobre la Propiedad. En caso

event this Mortgage is not recorded at the Registry with the agreed
de que esta Hipoteca no sea inscrita en el Registro de la Propiedad con el

rank, the same shall constitute a default hereunder entitling
rango convenido, ello constituirá un incumplimiento bajo la presente facultando al

Lender to the remedies provided in paragraph 18 hereof. ------------
Prestador a los remedios dispuestos en el párrafo 18 de la presente. ------------

--FOURTH: Borrower and Lender further convenant and agree
--CUARTO: El Deudor y el Prestador pactan y convienen, además,

as follows:------------------------------------
lo siguiente:------------------------------------

--1. **Payment of Principal and Interest.** Borrower shall promptly pay
--1. **Pago de Principal e Intereses.** El Deudor pagará puntualmente

when due the principal of and interest on the indebtedness evidenced
cuando venzan, el principal e intereses de la deuda evidenciada

by the Note, prepayment' and late charges as provided in the
por el Pagaré, y los cargos por pago anticipado y retardado según dispuesto en el

Note. ------------------------------------------
Pagaré. ------------------------------------------

--2. **Funds for Taxes and Insurance.** Subject to applicable law
--2. **Fondos para Contribuciones y Seguros.** Sujeto a la disposiciones de ley

or to a written waiver by Lender, Borrower shall pay to Lender
aplicables o a renuncia escrita del Prestador, el Deudor pagará al Prestador

3

on the day monthly installments of principal and interest are
en la fecha en que son pagaderos según el Pagaré los plazos de principal e intereses,

payable under the Note, until the Note is paid in full, a sum
hasta que el Pagaré sea satisfecho totalmente, una suma

(herein "Funds") equal to one-twelfth of the yearly taxes
(en adelante "los Fondos") equivalente a una duodécima parte de las contribuciones

and assessments which may attain priority over this Mortgage,
e impuestos anuales que puedan adquirir prioridad sobre esta Hipoteca,

plus one-twelfth of yearly premium installments of hazard insurance,
más una duodécima parte de la prima anual de seguro contra riesgos,

plus one-twelfth of yearly premium installments for
más una duodécima parte de la prima anual del

mortgage insurance, if any, all as reasonably estimated ini-
seguro de hipoteca, si alguno, todos según razonablemente sean estimados ini-

tially and from time to time by Lender on the basis of assess-
cialmente y de tiempo en tiempo por el Prestador en base a imposicio-.

ments and bills and reasonable estimates thereof. In addition,
nes y facturas y estimados razonables de los mismos. Adicionalmente,

if this Mortgage is on a condominium, or any other type of
si esta Hipoteca es sobre un condominio o cualquier otra clase de

association wherein property is jointly owned or adminis-
régimen mediante el cual la propiedad se posee o adminis-

tered and obligations for maintenance thereon arise in the Borrower,
tra en común y surjan obligaciones para el Deudor

the Borrower, at Lender's option, shall pay to Lender
respecto a su mantenimiento, a opción del Prestador, el Deudor pagará al Prestador

at the time herein provided, one-twelfth of the
en las fechas aquí dispuestas una duodécima parte de los

annual maintenance charges, and shall immediately pay to Lender
cargos anuales de mantenimiento y pagará inmediatamente al Prestador

all special assessment made. The Funds shall be held in an
todas las derramas especiales que se impongan. Los Fondos serán depositados en una

institution the deposits or accounts of which are insured by a
institución cuyas cuentas o depósitos estén asegurados por una

Federal agency (including Lender if Lender is such an
agencia federal (incluyendo el Prestador, si el Prestador es una

institution). Lender shall apply the Funds to pay said
institución de este tipo). El Prestador aplicará los Fondos al pago de dichas

taxes, assessments, insurance premiums, maintenance fees, and
contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments. Lender may not charge for so holding and
derramas especiales. El Prestador no podrá cobrar por dichos servicios de depósito y

applying the Funds, analyzing said account, or verifying and compiling
aplicación de fondos, análisis de cuenta o la verificación y compilación de

said assessments and bills unless Lender pays Borrower interest
dichos impuestos y facturas a menos que el Prestador pague al Deudor intereses

on the Funds and applicable law permits Lender to make such a
sobre los Fondos y la ley aplicable permite al Prestador cobrar por dichos

charge. Borrower and Lender may agree in writing at the time of
servicios. El Deudor y el Prestador podrán acordar por escrito al tiempo de

execution of this Mortgage that interest on the Funds shall be paid to
otorgamiento de esta Hipoteca el pago de intereses sobre los Fondos al

Borrower, and unless such agreement is made or applicable law
Deudor y, a menos que se haga tal acuerdo o la ley aplicable

requires such interest to be paid, Lender shall not be required to pay
requiera el pago de dichos intereses, no se requerirá que el Prestador pague

Borrower any interest or earnings on the Funds. Lender shall give to
interés alguno o ingresos al Deudor sobre los Fondos. El Prestador dará al

Borrower, without charge, an annual accounting of the Funds showing
Deudor, libre de costo, un estado de cuenta anual de los Fondos indicando

credits and debits to the Funds and the purpose for which each debit
débitos y créditos a los Fondos y el propósito para el cual fue hecho cada débito

to the Funds was made. The Funds are pledged as additional security
a los fondos. Los Fondos quedan depositados en prenda como garantía adicional

for the sums secured by this Mortgage.———————————————
de las sumas garantizadas por esta Hipoteca.——————————————

——If the amount of the Funds held by Lender, together with the
——Si la suma de los Fondos en manos del Prestador, junto con los

future monthly installments of Funds payable prior to the due dates
plazos mensuales futuros de Fondos pagaderos antes de la fecha de vencimiento

of taxes, assessments, insurance premiums and maintenance charges,
de las contribuciones, impuestos, primas de seguro y cargos de mantenimiento,

shall exceed the amount required to pay said taxes, assessments,
excedan de la cantidad necesaria para pagar dichas contribuciones, impuestos,

insurance premiums and maintenance charges as they fall due, such
primas de seguro y cargos de mantenimiento según venzan, dicho

excess shall be, at Borrower's option, either promptly repaid to
exceso será, a opción del Deudor, reembolsado inmediatamente al

Borrower or credited to Borrower on monthly installments of Funds.
Deudor o acreditado a los plazos mensuales de Fondos del Deudor.

If the amount of the Funds held by Lender shall not be sufficient to
Si la cantidad de los Fondos en manos del Prestador no fuere suficiente para

pay taxes, assesments, insurance premiums, maintenance fees and
pagar contribuciones, impuestos, primas de seguro, cargos de mantenimiento y

special assessments as they fall due, Borrower shall pay to Lender any
derramas especiales según venzan, el Deudor pagará al Prestador cualquier

amount necessary to make up the deficiency within thirty (30) days
cantidad necesaria para completar la deficiencia dentro de treinta (30) días

from the date notice is mailed by Lender to Borrower
a partir de la fecha de envío por correo de notificación por el Prestador al Deudor

requesting payment thereof. ———————————————————
requiriendo su pago. —————————————————————

———Upon payment in full of all sums secured by this Mort-
———Una vez pagadas por completo todas las cantidades aseguradas por esta Hipo-

gage, Lender shall promptly refund to Borrower any Funds
teca, el Prestador reembolsará inmediatamente al Deudor cualesquiera Fondos

held by Lender. If under paragraph 18 hereof the
en manos del Prestador. Si bajo las disposiciones delpárrafo 18 de la presente la

Property is sold or the Property is otherwise acquired by Lender,
Propiedad es vendida o la Propiedad es de otro modo adquirida por el Prestador.

Lender shall apply, no later than immediately prior to the sale
el Prestador aplicará, no más tarde de inmediatamente antes de la venta

of the property or its acquisition by Lender, any Funds held by
de la Propiedad o su adquisición por el Prestador, cualesquiera Fondos en manos del

Lender at the time of application as a credit against the sums secured
Prestador al momento de su aplicación como crédito contra las sumas aseguradas

by this Mortgage.———————————————————————————
por esta Hipoteca.———————————————————————————

———3. Application of Payments. Unless applicable law provides
———3. Aplicación de Pagos. Excepto cuando ley aplicable disponga

otherwise, all payments received by Lender under the Note and
lo contrario, todos los pagos recibidos por el Prestador bajo el Pagaré y

paragraphs 1 and 2 hereof shall be applied by Lender first in
los parrafos 1 y 2 de la presente serán aplicados por el Prestador primero al

payment of amounts payable to Lender by Borrower under paragraph
pago de las sumas pagaderas al Prestador por el Deudor bajo el párrafo

2 hereof, then to interest payable on the Note and then to the prin-
2 de la presente, luego a interés pagadero bajo el Pagaré y luego al prin-

cipal of the Note. ————————————————————————————
cipal del Pagaré.————————————————————————————

———4. Charges; Liens. Borrower shall pay all taxes, assess-
———4. Cargas; Gravámenes. El Deudor pagará todas las contribuciones, impues-

ments and other charges, fines and impositions attributable to the
los y otros cargos, multas e imposiciones atribuibles a la

Property which may attain a priority over this Mortgage, if any,
Propiedad que puedan obtener prioridad sobre esta Hipoteca, si algunos.

in the manner provided under paragraph 2 hereof or, if not paid in
en la forma dispuesta bajo el párrafo 2 de la presente o, si no son pagados en

such manner, by Borrower making payment, when due, directly to the
dicha forma, mediante el pago por el Deudor, cuando venzan, directamente al

payee thereof. Borrower shall promptly furnish to Lender all
acreedor de los mismos. El Deudor suministrará inmediatamente al Prestador todas

notices of amounts due under this paragraph, and in the event
las notificaciones de cantidades vencidas bajo esta párrafo, y en caso de que

Borrower shall make payment directly, Borrower shall promptly furnish
el Deudor pague directamente, el Deudor suministrará inmediatamente

to Lender receipts evidencing such payments. Borrower
al Prestador los recibos que evidencien dichos pagos. El Deudor

6

shall promptly discharge any lien which has priority over this
descargará inmediatamente cualquier gravámen que tenga prioridad sobre esta

Mortgage; provided, that Borrower shall not be required to discharge
Hipoteca; disponiéndose, que no se requerirá que el Deudor descargue

any such lien so long as Borrower shall agree in writing to the payment
cualquiera de dichos gravámenes cuando el Deudor acuerde por escrito pagar

of the obligation secured by such lien in a manner acceptable to
la obligación garantizada por dicho gravamen en forma aceptable al

Lender, or shall in good faith contest such lien by, or defend
Prestador, o cuando impugne de buena fe dicho gravámen mediante, o defienda contra

enforcement of such lien in, legal proceedings which operate
la ejecución de dicho gravámen en, procedimientos legales que produzcan

to prevent the enforcement of the lien or forfeiture of the Property
el efecto de evitar la ejecución del gravamen o la pérdida de la Propiedad

or any part thereof.————————————————————————————
o de cualquier parte de la misma.————————————————————————————

——5.  Hazard Insurance.  Borrower shall keep the improvements now
——5.  Seguro de Riesgos.  El Deudor mantendrá las mejoras ahora

existing or hereafter erected on the Property insured against loss
existentes o en adelante erogidas en la Propiedad aseguradas contra pérdida

by fire, hazards included within the term "extended coverage", and
por fuego, riesgos incluidos dentro de término "cubierta extensa", y

such other hazards as Lender may require, and in such amounts, and
tales otros riesgos como el Prestador pueda requerir y en las cantidades y

for such periods as Lender may require; provided, that Lender
por los términos que el Prestador pueda requerir; disponiéndose, que el Prestador

shall not require that the amount of such coverage exceed that amount
no podrá requerir que el monto de dicha cubierta exceda del monto

of coverage required to pay the sums secured by this Mortgage.————————
de cubierta necesario para pagar las sumas aseguradas por esta Hipoteca.————————

——The insurance carrier providing the insurance shall be chosen by
——El  asegurador  que  proporcione  el  seguro  será  escogido  por

Borrower subject to approval by Lender; provided, that such
el Deudor sujeto a la aprobación del prestador; disponiéndose que tal

approval shall not unreasonably withheld.  All premiums on
aprobación no será denegada irrazonablemente.  Todas las primas de

insurance policies shall be paid in the manner provided under
polizas de seguro serán pagadas en la forma dispuesta bajo

paragraph 2 hereof or, if not paid in such manner, by
el párrafo 2 de la presente o, si no pagadas en dicha forma, mediante

Borrower making payments, when due, directly to the insurance carrier.
el pago directo por el Deudor al asegurador a su vencimiento.

——All insurance policies and renewals thereof shall be in form accept-
——Todas las polizas de seguro y sus renovaciones serán en forma acep-

able to lender and shall include a standard mortgage clause
table al Prestador e incluirán la cláusula usual de protección al acreedor hipotecario

in favor of and in form acceptable to Lender. Lender shall have the
a favor de y en forma aceptable al Prestador. El Prestador tendrá el

right to hold the policies and renewals thereof, and Borrower
derecho de poseer las pólizas y sus renovaciones y el Deudor

shall promptly furnish to Lender all renewal notice and
suministrará al Prestador inmediatamente todas las notificaciones de renovación y

all receipts of paid premiums. In the event of loss, Borrower shall give
todos los recibos de primas pagadas. En caso de pérdida, el Deudor dará

prompt notice to the insurance carrier and Lender, and Lender may
notificación inmediata al asegurador y al Prestador, y el Prestador podrá

make proof of loss if not made promptly by Borrower:———————
hacer la prueba de pérdida si el Deudor no lo hace inmediatamente.———————

——Unless Lender and Borrower otherwise agree in writing,
——A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

insurance proceeds shall be applied to restoration or re-
las indemnizaciones provenientes de seguros serán aplicadas a la restauración o re-

pair of the Property damaged, provided such restoration or
paración de la Propiedad afectada, bajo condición de que dicha restauración o

repair is economically feasible and the security of this Mortgage is not
reparación sea económicamente factible y la garantía de esta Hipoteca no quede

thereby impaired. If such restoration or repair is not economically
por ello menoscabada. Si tal restauración o reparación no fuere económicamente

feasible of if the security of this Mortgage would be impaired, the
factible o si la garantía de esta Hipoteca fuere menoscabada, las

insurance proceeds shall be applied to the sums secured
indemnizaciones provenientes de seguros serán aplicadas a las sumas garantizadas

by this Mortgage, with the excess, if any, paid to Borrower. If the Prop-
por esta Hipoteca, y el exceso, si alguno, pagado al Deudor. Si la Pro-

erty is abandoned by Borrower or if Borrower fails to respond to Lender
piedad es abandonada por el Deudor, o si el Deudor dejare de responder al Prestador

within thirty (30) days from the date notice is mailed
dentro de treinta (30) días a partir de la fecha de envio por correo de notificación por

by Lender to Borrower that the insurance carrier offers to settle a claim
el Prestador al Deudor de que el asegurador ofrece transigir una reclamación

for insurance benefits, Lender is authorized to collect and apply the
de beneficios de seguro, el Prestador queda autorizado a cobrar y aplicar las

insurance proceeds at Lender's option either to restoration or
indemnizaciones provenientes de seguro a opción del prestador a la restauración o

repair of the Property or to the sums secured by this Mortgage.————
reparación de la Propiedad o a las sumas aseguradas por esta Hipoteca.————

——Unless Lender and Borrower otherwise agree in writing, any
——A menos que el Prestador y Deudor acuerden lo contrario por escrito, cualquier

such application of proceeds to principal shall not extend or post-
tal aplicación de las indemnizaciones a principal no actuará para extender o pos-

pone the due date of the monthly installments referred to
poner la fecha de vencimiento de los plazos mensuales a los cuales se hace referencia

in paragraphs 1 and 2 hereof or change the amount of such installments.
en los párralos 1 y 2 de la presente o cambiar el monto de dichos plazos.

—If under paragraph 18 hereof the Property is acquired by Lender,
Si bajo el párrafo 18 de la presente la Propiedad es adquirida por el Prestador,

all right, title and interest of Borrower in and to any insurance policies
todo derecho, título e interés del Deudor en y sobre cualesquiera pólizas de seguros

and in and to the proceeds thereof resulting from damage to the
y en y sobre los fondos provenientes de las mismas como resultado de daños a la

Property prior to the sale or acquisition shall pass to Lender to the
Propiedad anteriores a la venta o adquisición pasarán al Prestador hasta el

extent of the sums secured by this Mortgage immediately prior to such
monto de las sumas aseguradas por esta Hipoteca inmediatamente antes de dicha

sale or acquisition.—————————————————————
venta o adquisición.—————————————————————

——6. Preservation and Maintenance of Property; Condominiums;
——6. Conservación y Mantenimiento de la Propiedad; Condominios;

Planned Unit Developments. Borrower shall keep the Property in good
Proyectos de Unidades Planificadas. El Deudor mantendrá la Propiedad en buen

repair and shall not commit waste or permit impairment or deterioration
estado de reparación y no permitirá ni causará deterioro o menoscabo

of the Property If this Mortgage is on a unit in a condominium or a
a la Propiedad. Si esta Hipoteca es sobre una unidad en un condominio o un

planned unit development, or if Borrower is a member of any other
proyecto de unidades planificadas, o si el Deudor es un miembro de cualquier otra

type of association wherein property is jointly owned or administered
clase de régimen mediante el cual la propiedad se posee o administra en común

and obligations for maintenance thereof arise in the Borrower,
y surjan obligaciones para el Deudor respecto a su mantenimiento

Borrower shall perform all of Borrower's obligations under the declara-
el Deudor cumplirá con todas las obligaciones del Deudor bajo la declara-

tion or covenants creating or governing the condominium or
ción o convenios que establecen o gobiernan el condominio o

planned unit development, the by-laws and regulations of the condo-
proyecto de unidades planificadas, las reglas y los reglamentos del condo-

minium or planned unit development, and constituent documents, or
minio o proyecto de unidades planificadas y los documentos constituyentes, o

arising from Borrower's membership in such association.——————
que surgen de la condición de miembro del Deudor en dicha asociación——————

——7 Protection of Lender's Security. If Borrower fails to perform
——7. Protección de la Garantía del Prestador. Si el Deudor dejare de cumplir

the covenants and agreements contained in this Mortgage, or if
los pactos y convenios contenidos en esta Hipoteca, o si

any action or proceeding is commenced which materially affects
se comenzare alguna acción o procedimiento que materialmente afecte

Lender's interest in the Property, including, but not limited to,
el interés del Prestador en la Propiedad, incluyendo, sin implicar limitación,

9

eminent domain, insolvency, enforcement of regulations of the
de expropiación, insolvencia, ejecución de reglamentación de la

Planning Board of Puerto Rico or arrangements or
Junta de Planificación de Puerto Rico o concurso de acreedores o

proceedings involving a bankrupt or decedent, then Lender
procedimientos relacionados con un quebrado o un causante, el Prestador,

at Lender's option, upon notice to Borrower, may make such
a opción del Prestador, previa notificación al Deudor, podrá hacer aquellas

appearances, disburse such sums and take such action as is necessary
comparecencias, desembolsos de dineros y tomar cualquier acción que sea necesaria

to protect Lender's interest, including, but not limited to,
para proteger el interés del Prestador incluyendo, sin implicar limitación,

disbursement of reasonable attorney's fees and entry upon the Property
desembolso de honorarios razonables de abogado y entrar a la Propiedad

to make repairs.————————————————————————————
para efectuar reparaciones.————————————————————————

——If Lender required mortgage insurance as a condition of making
——Si el prestador requirió seguro hipotecario como condición para hacer.

the loan secured by this Mortgage, Borrower shall pay the premiums
el préstamo garantizado por esta Hipoteca, el Deudor pagará las primas

required to maintain such insurance in effect until such time
requeridas para mantener en vigor dicho seguro hasta que expire el término durante

as the requirement for such insurance terminates in accordance with
el cual debe mantenerse en vigor dicho seguro de acuerdo con

Borrower's and Lender's written agreement or applicable law. Borrower
el convenio escrito entre el Prestador y Deudor o la ley aplicable. El Deudor

shall pay the amount of all mortgage insurance premiums in the
pagará el monto de todas las primas del seguro hipotecario según

manner provided under paragraph 2 hereof.————————————————
dispuesto en el párrafo 2 de la presente.————————————————————

——-Any amounts disbursed by Lender pursuant to this
——Cualesquiera sumas desembolsadas por el Prestador bajo las disposiciones de este

paragraph 7, with interest thereon, shall become additional indebtedness
párrafo 7, con intereses sobre las mismas, serán deuda adicional

of Borrower secured by this Mortgage. Unless Borrower and Lender
del Deudor garantizada por esta Hipoteca. A menos que Deudor y Prestador

agree to other terms of payment, such amounts shall be payable
convengan otros términos de pago, dichas sumas serán pagaderas

upon notice from Lender to Borrower requesting payment thereof,
inmediatamente que el Prestador notifique al Deudor requiriendo pago de las mismas.

and shall bear interest from the date of disbursement at the rate
y devengarán intereses a partir de la fecha de desembolso al tipo

payable from time to time on outstanding principal under the Note
pagadero de tiempo en tiempo sobre el principal adeudado bajo el Pagaré,

unless payment of interest at such rate would be contrary to
excepto cuando el pago de dicho interés a razón de dicho tipo resulte contrario a

applicable law, in which event such amounts shall bear interest at
ley aplicable, en cuyo caso dichas sumas devengarán intereses al

the highest rate permissible under applicable law. Nothing contained in
tipo más alto permisible bajo la ley aplicable. Nada de lo expresado en

this paragraph 7 shall require Lender to incur any expense or take
este párrafo 7 requerirá del Prestador que incurra en ningún gasto o tome

any action hereunder.——————————————————————————————
acción alguna bajo el mismo.——————————————————————————

——8.   **Inspection.**   Lender may make or cause to be made
——8.   **Inspección.**   El Prestador podrá hacer o causar que se hagan

reasonable entries upon and inspections of the Property, provided that
entradas razonables a, e inspecciones de, la Propiedad, disponiéndose que

Lender shall give Borrower notice prior to any such inspection speci-
el Prestador dará notificación previa al Deudor de tales inspecciones especi-

fying reasonable cause therefor related to Lender's interest in
ficando causa razonable para las mismas relacionadas con el interés del Prestador en

the Property.———————————————————————————————————
la Propiedad.————————————————————————————————————

——9.   **Condemnation.**   The proceeds of any award or claim
——9.   **Expropiación.**   Los fondos provenientes de cualquier laudo o reclamación

for damages, direct or consequential, in connection with any condemna-
por daños, directos o emergentes, en relación con cualquier expropia-

tion or other taking of the Property, or part thereof, or for conveyance
ción o enajenación forzosa de la Propiedad, o parte de la misma, o por traspaso

in lieu of condemnation, are hereby assigned and shall be paid to
en lugar de expropiación, quedan por la presente cedidos y serán pagados al

Lender ——————————————————————————————————————
Prestador ———————————————————————————————————————

— -In the event of a total taking of the Property, the
— -En caso de enajenación forzosa total de la Propiedad los

proceeds shall be applied to the sums secured by this Mortgage
fondos provenientes serán aplicados a las sumas garantizadas por esta Hipoteca.

with the excess, if any, paid to Borrower. In the event of a
y el exceso, si alguno, pagado al Deudor En caso de una

partial taking of the Property, unless Borrower and Lender
enajenación forzosa parcial de la Propiedad, a menos que el Deudor y el Prestador

otherwise agree in writing, there shall be applied to the sums secured
acuerden por escrito lo contrario, se aplicará a las sumas garantizadas

by this Mortgage such proportion of the proceeds as is equal to that
por esta Hipoteca tal proporción de los fondos provenientes que equivalga a la

proportion which the amount of the sums secured by this Mortgage
proporción que el monto de las sumas aseguradas por esta Hipoteca

immediately prior to the date of taking bears to the fair market value
inmediatamente antes de la fecha de enajenación forzosa guarde el valor en el mercado

of the Property immediately prior to the date of taking, with the
de la Propiedad inmediatamente antes de la fecha de la enajenación forzosa, y el

11

balance of the proceeds paid to Borrower.————————————————
balance de dichos fondos serán pagados al Deudor.————————————————

——If the Property is abandoned by Borrower or if, after
——Si la Propledad es abandonada por el Deudor, o si despues

notice by Lender to Borrower that the condemnor offers to make
que el Prestador notifique al Deudor que el expropiante ofrece hacer

an award or settle a claim for damages, Borrower fails to respond
un laudo o transigir una reclamación por daños, el Deudor dejare de responder

to Lender within thirty (30) days of the date
al Prestador dentro del término de treinta (30) días a partir de la fecha de

such notice is mailed, Lender is authorized to collect and apply
envio por correo de dicha notificación, el Prestador queda autorizado a cobrar y aplicar

the proceeds at Lender's option either to restoration or repair of the
los fondos provenientes, a opción del Prestador, a restaurar o reparar la

Property or to the sums secured by this Mortgage.——————————————
Propiedad o al pago de las sumas aseguradas por esta Hipoteca.——————————————

——Unless Lender and Borrower otherwise agree in writing,
——A menos que el Prestador y el Deudor acuerden lo contrario por escrito,

any such application of proceeds to principal shall not extend or post-
dicha aplicación de fondos a principal no extenderá o pos-

pone the due date of the monthly installments referred to in
pondrá la fecha de vencimiento de los plazos mensuales a los cuales se refieren los

paragraphs 1 and 2 hereof or change the amount of such installments.
párrafos 1 y 2 de la presente, ni cambiará el monto de dichos plazos

——10 Borrower Not Released. Extension of the time for payment or
—— 10. Deudor no queda Relevado. Ni la prórroga de la fecha de pago, ni

modification of amortization of the sums secured by this Mortgage
la modificación de la amortización de las sumas aseguradas por esta Hipoteca

granted by Lender to any successor in interest of Borrower shall not be
concedidas por el Prestador a cualquier sucesor en titulo, constituira

a novation of this Mortgage nor operate to release, in any manner, the
una novación de esta Hipoteca ni relevara, en forma alguna,

liability of the original Borrower and Borrower's successors in interest.
al Deudor original ni a los sucesores en titulo del Deudor de responsabilidad

Lender shall not be required to commence proceedings against such
No se requerrá del Prestador que comience procedimientos contra tal

successor or refuse to extend time for payment or otherwise modify
sucesor, ni que rehuse extender la fecha de pago o de otra forma modifique

amortization of the sums secured by this Mortgage by
la amortización de las sumas garantizadas por esta Hipoteca por

reason of any demand made by the original Borrower and
razón de cualquier exigencia del Deudor original y

Borrower's successors in interest.————————————————————
los sucesores del Deudor————————————————————

——11. Forbearance by Lender Not a Waiver. Any
—— 11. Indulgencia de Morosidad por Prestador no Constituye Renuncia. Cualquier

12

forbearance     by     Lender     in     exercising     any
indulgencia de morosidad concedida por el Prestador en el ejercicio de cualquier

right  or  remedy hereunder,  or  otherwise  afforded  by applicable law,
derecho o remedio bajo la presente, o de otro modo concedida por ley aplicable,

shall not be a waiver of or preclude the exercise of any right or remedy.
no constituirá una renuncia ni impedirá el ejercicio de cualquier derecho o remedio.

The procurement of insurance or the payment of taxes or other liens or
La  obtención de seguros, o el pago de contribuciones u otra carga o

charges  by Lender  shall  not  be  a  waiver  of  Lender's  right  to
gravámen, por el Prestador no constituirá renuncia del derecho del Prestador a

accelerate the maturity of the indebtedness secured by this Mortgage.
acelerar  el  vencimiento  de  la  deuda  garantizada  por  esta  Hipoteca.

——12.  Remedies Cumulative. All remedies provided in this Mortgage
——12.    Remedios Cumulativos.  Todos los remedios dispuestos en esta Hipoteca

are  distinct  and  cumulative  to  any  other  right  or  remedy  under
son independientes de, y cumulativos a, cualquier otro derecho o remedio bajo

this Mortgage or afforded by law or equity, and may be exercised con-
esta Hipoteca u ofrecido por ley o equidad, y  podrán ser ejercidos con-

currently, independently or successively.————————————————————
currentemente, independientemente o sucesivamente.————————————————

——13.  Successors and Assigns Bound; Joint and Several Liability;
——13.    Sucesores   y   Cesionarios   Obligados;   Responsabilidad   Solidaria;

Captions. The covenants and agreements herein contained shall bind,
Títulos.  Los pactos y convenios contenidos en la presente obligarán,

and the rights hereunder shall inure to, the respective successors
y los derechos concedidos bajo la presente beneficiarán, a los  sucesores

and assigns of Lender and Borrower, subject to the provisions
y cesionarios respectivos del Prestador y del Deudor, sujeto a las disposiciones

of paragraph 17 hereof.     All covenants and agreements of Borrower
del   párrafo   17   de   la     presente    Todos   los   convenios   del   Deudor

shall be joint and several.     The captions and headings of the paragraphs
serán    solidarios    Los    títulos    y    epígrafes    de    los    párrafos

of this Mortgage are for convenience only and are not to be used
de esta Hipoteca son para conveniencia únicamente y no serán usados

to interpret or define the provisions hereof.————————————————————
para interpretar las disposiciones de la presente.————————————————

——14.  Notice.   Except for any notice required under applicable
——14.    Notificación.   Excepto por cualquier notificación que la ley aplicable

law to be given in another manner, (a) any notice to Borrower provided
requiera sea dada de otra manera, (a) toda notificación al Deudor dispuesta

for in this Mortgage shall be given by mailing such notice by certified
en esta Hipoteca será dada enviando dicha notificación por correo certificado

mail addressed to Borrower at the Property Address or at such other
dirigida al Deudor a la Dirección de la Propiedad o a cualquier otra

address as Borrower may designate by notice to Lender as provided
dirección que el Deudor designe por notificación al Prestador según indicado

13

herein, and (b) any notice to Lender shall be given by certified mail,
en la presente, y (b) toda notificación al Prestador será dada por correo certificado

return receipt requested, to Lender's address stated herein or to such
con acuse de recibo a la Dirección del Prestador indicada en la presente o a cualquier

other address as Lender may designate by notice to Borrower as
otra dirección que el Prestador designe por notificación al Deudor según

provided herein. Any notice provided for in this Mortgage
indicado en la presente. Se considerará dada cualquier notificación al Prestador

shall be deemed to have been given to Borrower or Lender when given
o          al          Deudor          si          se          da

in the manner designated herein.———————————————————————————
en la manera dispuesta en la presente.—————————————————————————

——15. Uniform Mortgage; Governing Law; Severability. This form of
——15.   Hipoteca Uniforme;  Ley que Rige;  Separabilidad.   Esta forma de

mortgage was developed from mortgage instruments prepared for
hipoteca fue desarrollada a base de instrumentos hipotecarios preparados para

use throughout the United States of America with limited variations
uso a través de los Estados Unidos de América con cambios limitados

by jurisdiction to constitute a uniform          security          instrument
por jurisdicción con el propósito de constituir un instrumento uniforme de garantía

covering real property. This Mortgage shall be governed by the law of
inmobiliaria.     Esta     Hipoteca     será     regida     por     la     ley     de

the jurisdiction in which the Property is located.   In   the event that any
la jurisdicción en la cual esté localizada la Propiedad. En caso de que cualquier

provision or clause of this Mortgage or the Note conflicts with
disposición   o   cláusula   de   esta   Hipoteca   o   del Pagaré   conflija   con

applicable law, such conflict shall not affect other provisions of this
la ley aplicable, dicho conflicto no afectará otras disposiciones de este

Mortgage or the Note which can be given effect without the
Hipoteca   o   del   Pagaré   a   las   cuales   pueda   darse   efecto   sin   la

conflicting provision, and to this end the provisions of the Mortgage
disposición conflictiva y, a tal fin, las disposiciones de esta Hipoteca

and the Note are declared to be severable.——————————————————
y del Pagaré son declaradas separables.———————————————————

——16. Borrower's Copy. Borrower shall be furnished a conformed copy
——16.   Copia del Deudor. El Deudor será suplido con una copia concordante

of the Note and of this Mortgage within seven (7) days of the date of
del Pagaré y de esta Hipoteca dentro de siete (7) días a partir de la fecha del

execution hereof.————————————————————————————
otorgamiento de la presente—————————————————————————

——17. Transfer of the Property; Assumption.   If all or any part of the
——17.   Transferencia  de  Propiedad;  Asunción.   Si  toda  o  parte  de  la

Property or an interest therein is sold or transferred by Borrower
Propiedad, o un interés en la misma, es vendido o transferido por el Deudor

without Lender's prior written consent, excluding (a) the creation
sin el consentimiento previo por escrito del Prestador, excluyendo (a) la creación

14

of a lien or encumbrance subordinate to this Mortgage, (b) the crea-
de una carga o gravámen subordinada a esta Hipoteca, (b) la crea-

tion of a purchase money security interest for household appliances,
ción de una garantía del precio de compraventa de enseres del hogar,

(c) a transfer by devise or descent or (d) the grant of any
(c) una transferencia por legado o herencia, o (d) la concesión de un

leasehold interest of three years or less not containing an option
derecho de arrendamiento de tres años o menos que no contenga una opción

to purchase, Lender may, at Lender's option, declare all the sums
de compra, el Prestador podrá, a opción del Prestador, declarar todas las sumas

secured by this Mortgage to be immediately due and payable. Lender
aseguradas por esta Hipoteca inmediatamente vencidas y pagaderas. El Prestador

shall have waived such option to accelerate if, prior to the sale or
habrá renunciado tal derecho de aceleración si, antes de la venta o

transfer, Lender and the person to whom the Property is to be sold
transferencia, el Prestador y la persona a quien la Propiedad ha de ser vendida

or transferred reach agreement in writing that the credit of such
o transferida llegan a un acuerdo por escrito a efectos de que el crédito de dicha

person is satisfactory to Lender and that the interest payable on
persona es satisfactorio al Prestador y de que el interés pagadero

the sums secured by this Mortgage shall be at such rate as
sobre las sumas aseguradas por esta Hipoteca será el tipo que

Lender shall request. The waiver of the option to accelerate
requiera el Prestador. La renuncia por el prestador a la opción de aceleración

provided in this paragraph 17 by Lender shall not be interpreted as a
dispuesta en este párrafo 17 no será interpretada como un

release from Borrower's obligations under this Mortgage and the Note.
relevo de las obligaciones del Deudor bajo esta Hipoteca y el Pagaré.

——If Lender exercises such option to accelerate, Lender
——Si el Prestador ejerce dicha opción de aceleración, el Prestador

shall mail Borrower notice of acceleration in accordance with
enviará por correo al Deudor notificación de aceleración de acuerdo con

paragraph 14 hereof. Such notice shall provide a pe-
las disposiciones del párrafo 14 de la presente. Dicha notificación concederá un pe-

riod of not less than thirty (30) days from the date
ríodo de no menos de treinta (30) días a partir de la fecha de

the notice is mailed within which Borrower may pay the sums
envío por correo de la notificación durante el cual el Deudor podrá pagar las sumas

declared due. If Borrower fails to pay such sums prior to the
declaradas vencidas. Si el Deudor dejare de pagar dichas sumas antes de la

expiration of such period, Lender may, without further notice or
expiración de dicho período, el Prestador podrá, sin necesidad de notificación o

demand on Borrower, invoke any remedies permitted
requerimiento adicional al Prestador, invocar cualquiera de los remedios permitidos

by paragraph 18 hereof.——————————————————————
por el párrafo 18 de la presente ——————————————————————

15

—---18. **Acceleration; Remedies.** Except as provided in paragraph 17
——-18. Aceleración; Remedios. Excepto según se dispone en el párrafo 17

hereof, upon Borrower's breach of any covenant or agreement of
de la presente, al incumplir el Deudor cualquiera de los pactos o convenios del

Borrower in this Mortgage, including the covenants to pay when due any
Deudor en esta Hipoteca, incluyendo los pactos de pagar a su vencimiento las

sums secured by this Mortgage, Lender prior to acceleration
sumas garantizadas por esta Hipoteca, el Prestador, antes de acelerar su vencimiento,

shall mail notice to Borrower as provided in paragraph 14
enviará por correo notificación al Deudor, segun dispuesto en el párrafo 14

hereof specifying: (1) the breach; (2) the action re-
de la presente, especificando lo siguiente: (1) el incumplimiento; (2) la acción re-

quired to cure such breach; (3) a date, not less
querida para subsanar dicho incumplimiento; (3) la fecha límite, que no será anterior

than thirty (30) days from the date the notice is mailed to Bor-
a treinta (30) días a partir de la fecha de envío por correo de la notificación al Deu-

rower, by which such breach must be cured; and (4)
dor, antes de la cual dicho incumplimiento deberá ser subsanado; y (4)

that failure to cure such breach on or before the date
una indicación de que dejar de subsanar dicho incumplimiento en o antes de la fecha

specified in the notice may result in acceleration
límite especificada en la notificación podrá resultar en la aceleración del vencimiento

of the sums secured by this Mortgage, foreclosure by judicial proceeding
de las sumas garantizadas por esta Hipoteca, ejecución por la vía judicial

and sale of the Property. The notice shall further inform Borrower of the
y la venta de la Propiedad. La notificación informará al Deudor, además, de su

right to reinstate after acceleration and the right to assert
derecho a rehabilitación con posterioridad a la aceleración y de su derecho a aseverar

the non-existence of a default or any other defense of Borrower to
la inexistencia de incumplimiento o cualquier otra defensa del Deudor a la

acceleration and foreclosure in the foreclosure proceeding. If the breach
aceleración o ejecución en cualquier procedimiento de ejecución. Si el incumplimiento

is not cured on or before the date specified in the notice,
no es subsanado en o antes de la fecha límite especificada en la notificación,

Lender at Lender's option may declare all of the sums secured by
el Prestador, a opción del Prestador, podrá declarar todas las sumas garantizadas por

this Mortgage to be immediately due and payable without
esta Hipoteca inmediatamente vencidas y pagaderas sin necesidad de

further demand and may foreclose this Mortgage by judicial proceeding.
requerimiento adicional y podrá ejecutar esta Hipoteca por la vía judicial.

Lender shall be entitled to collect in such proceeding all expenses of
El Prestador tendrá derecho a cobrar en dicho procedimiento todos los gastos de

foreclosure, including, but not limited to, attorney's fees, and costs of
ejecución, incluyendo, sin implicar limitación, honorarios de abogado, y el costo de

documentary evidence, abstracts and title reports. — — — — — — — — —
evidencia documentaria, resúmenes y estudios de título. — — — — — — — — —

---19. **Borrower's Right to Reinstate.** Notwithstanding
--- 19. Derecho de Rehabilitación del Deudor. No empece

Lender's acceleration of the sums secured by this Mortgage,
la aceleración por el Prestador de las sumas garantizadas por esta Hipoteca,

Borrower shall have the right to have any proceedings begun by
el Deudor tendrá derecho de paralizar cualquier procedimiento comenzado por

Lender to enforce this Mortgage discontinued at any time prior to
el Prestador para ejecutar esta Hipoteca en cualquier momento antes de

entry of a judgement enforcing this Mortgage if: (a) Borrower pays
que se dicte sentencia ejecutando esta Hipoteca si: (a) el Deudor paga

Lender all sums which would be then due under this Mortgage and
al Prestador todas las sumas que estuvieren vencidas bajo esta Hipoteca y

the Note including advances, if any, had no acceleration occured;
el Pagaré incluyendo adelantos, si algunos, de no haber ocurrido la aceleración

(b) Borrower cures all breaches of any other covenants or
(b) el Deudor subsana todos los incumplimientos de cualesquiera otros pactos o

agreements of Borrower contained in this Mortgage; (c) Borrower pays
convenios del Deudor contenidos en esta Hipoteca; (c) el Deudor paga

all reasonable expenses incurred by Lender in enforcing the covenants
todos los gastos razonables incurridos por el Prestador en la ejecución de los pactos

and agreements of Borrower contained in this Mortgage and in enforcing
y convenios del Deudor contenidos en esta Hipoteca y en la ejecución

Lender's remedies as provided in paragraph 18 hereof, including,
de los remedios del Prestador dispuestos en el párrafo 18 de la presente, incluyendo,

but not limited to, attorney's fees; and (d) Borrower takes such action
sin implicar limitación, honorarios de abogado; y (d) el Deudor toma aquella acción

as Lender may reasonably require to assure that the lien of
que el Prestador pueda razonablemente requerir para asegurar que el gravámen de

this Mortgage, Lender's interest in the Property and Borrower's obligation
esta Hipoteca, el interés del Prestador en la Propiedad y la obligación del Deudor

to pay the sums secured by this Mortgage shall continue
de pagar la sumas garantizadas por esta Hipoteca continuarán inalteradas

unimpaired. Upon such payment and cure by Borrower, this
adveniimente. Al hacer el Deudor dicho pago y subsanar dicho incumplimiento, esta

Mortgage and the obligations secured hereby shall remain in full force
Hipoteca y las obligaciones garantizadas por la misma quedarán en completa fuerza

and effect as if no acceleration had occurred.---------------------
y vigor como si no hubiera ocurrido aceleración ----------------------

---20. **Assignment of Rents; Appointment of Receiver. As**
--- 20. Cesión de Rentas; Designación de Síndico. Como

additional security hereunder, Borrower hereby assigns to Lender
garantía adicional, el Deudor por la presente cede al Prestador

the rents of the Property, provided that Borrower shall, prior to
las rentas de la Propiedad, disponiéndose que el Deudor, antes de

acceleration under paragraph 18 hereof or abandonment of the
aceleración de vencimiento bajo el párrafo 18 de la presente o abandono de la

17

Property, have the right to collect and retain such rents
Propiedad, tendrá el derecho de cobrar y retener dichas rentas

as they become due and payable.————————————————
según venzan y sean pagaderas.—————————————————

——Upon acceleration under paragraph 18 hereof or abandonment of
——Al ocurrir una aceleración bajo el párrafo 18 de la presente o el abandono de

the Property, Lender shall be entitled to have a receiver appointed by a
la Propiedad, el Prestador tendrá derecho a que se designe por un

court to enter upon, take possession of and manage the Property and
tribunal un síndico que entre, tome posesión de y administre la Propiedad y

to collect the rents of the Property including those past due. All
que cobre las rentas de la Propiedad incluyendo las anteriormente .vencidas. Todas

rents collected by the receiver shall be applied first to payment of the
las rentas cobradas por el síndico serán aplicadas primero al pago de los

costs of management of the Property and collection of rents, including,
gastos de administración de la Propiedad y del cobro de las rentas incluyendo,

but not limited to, receiver's fees, premiums on receiver's bonds
sin que implique limitación, a los honorarios del síndico, primas de la fianza del síndico

and attorney's fees, and then to the sums secured by this Mortgage.
y honorarios de abogado, y luego a las sumas garantizadas por esta Hipoteca.

The receiver shall be liable to account only for those rents
El síndico será responsable de rendir cuentas únicamente respecto a las rentas

actually received.————————————————————————
realmente recibidas.————————————————————————

——21. Release. Upon payment of all sums secured by this
——  Descargo.  Una vez pagadas todas las sumas garantizadas por esta

Mortgage, Lender shall release and cancel this Mortgage at
Hipoteca, el Prestador descargará y cancelará esta Hipoteca por

Borrower's expense, or, at Borrower's option, endorse the Note-
cuenta del Deudor o, a opción del Deudor, endosará el Pagaré

"for cancellation only" without charge to Borrower.————————————
"para cancelación únicamente" sin cargo al Deudor.————————————

——FIFTH: The Property.————————————————————
——QUINTO: La Propiedad.————————————————————

——The description of the mortgage Property, together with
——La descripción de la Propiedad, junto con———————————————

all the structures, improvements now or hereafter
todas las estructuras, mejoras actuales o futuras

erected on the Property and all easements, rights,
en la Propiedad y todas las servidumbres, derechos.

appurtenances and rents, and all fixtures now and hereafter
pertenencias y rentas, y todos los muebles actualmente o en el

attached to the Property, all of which, including
futuro adheridos a la Propiedad, todos los cuales, incluyendo

replacements and additions thereto , shall be
los que reemplacen o se le añadan en el futuro, serán

--- The Notary Public states that he warned the appearing parties that if the ------
--- El Notario autorizante hace constar el Haber advertido al (los) compareciente(s) que -

property object of this deed is subject to any mortgage liens with priority ----------
de estar la propiedad objeto de esta escritura sujeta a algún gravamen hipotecario con ---

over this mortgage, according to the agreement with the financing institution ------
prioridad a la hipoteca constituida mediante esta escritura según lo acordado con la ------

and the requirement of the Regulation ------------------------------------------------
institución financiera y requerido por el Reglamento ........................................

Number 5337 approved by the Office of the -------------------------------------------
Registro Numero 5337 promulgado por la Oficina --------------------------------------

Commissioner for Financial Institutions, the financing institution must retain ------
del Comisionado de instituciones Financieras, la institución financiera deberá retener ------

from the funds generated by this mortgage loan a balance sufficient to pay --------
de los fondos generados por el préstamo garantizado por esta hipoteca un balance --------

and cancel said lien(s); that there is(are) a (some) check(s) which said -----------
suficiente para saldar y cancelar dicho(s) gravamen(es) que existe(n) un(os) cheque(s) ---

Regulation Number 5337 requires the financing institution to remit to said --------
el (los) cual(os) dicho Reglamento Numero 5337 requiere que la institución financiera -----

creditor(s) in order to obtain the cancellation of said lien(s), although there -------
remita al (los) acreedor(es) correspondiente(s) para la cancelación de tal(es) ..................

is no guaranty that this will be done; that the owner of the property being ---------
gravamen(es) aun que esto no constituye una garantía absoluta de que ello así será ........

mortgaged pursuant to this deed has the right to require that such lien(s) be ----
hecho; que el dueño de la propiedad hipotecada mediante esta escritura tiene el .............

cancelled concurrently with this financing, and that if said owner voluntarily ------
derecho a exigir que tal(es) gravamen(es) sea(n) cancelado(s) en el mismo acto de este ·

waives such right the appearing parties have been advised and are aware -------
financiamiento, y que de renunciar voluntariamente a ese derecho el (los) ....................

of the risks and consequences if such lien(s) are not cancelled; and that ---------
compareciente(s) queda(n) advertido(s) y esta(n) conciente(s) de los riesgos y ..............

under the provisions of the Truth in Lending Act, in such cases as these ---------
consecuencias de que dicho(s) gravamen(es) no sea(n) cancelado(s); y que bajo las ......

provisions are applicable, the financing institution has no obligation to ------------
disposiciones del Truth in Lending Act, en los casos un que estas disposiciones sean ......

disburse any of the proceeds of the loan secured by this mortgage until, in -------
aplicables, la institución financiera no tiene obligación de desembolsar todo ni parte del ---

the appropriate cases, the mortgage shall waive such right to rescind or --------
préstamo garantizado por esta hipoteca hasta que, en los casos apropiados, el deudor ----

until the period allowed for such recission has expired. These warnings ----------
hipotecario renuncie al derecho de rescindir o hasta haber transcurrido el período -----------

having been made, the appearing party(ies) have waived the right to require -----
durante el cual el tiene el derecho de rescindir, el préstamo. Hechas estas advertencias, ·

that said lien(s) be cancelled concurrently with this act. ----------------------------------
el(los) compareciente(s) ha(n) renunciado el derecho de exigir que tal(es) gravamen(es) ·

sea(n) cancelado(s) en este mismo acto. ......................................  ................................

deemed to be and remain a part of the Property covered by this
considerados como parte de la Propiedad cubierta por esta

Mortgage, Is:——————————————————————
Hipoteca, es la siguiente:——————————————————————

--- **URBANA**: Solar marcado con el número dos (2) del bloque
"D" de la Urbanización Río Blanco Heights, radicado en el
término municipal de Naguabo, Puerto Rico, con un área
superficial de TRESCIENTOS DOCE (312.00) METROS
CUADRADOS, en lindes por el Norte, en doce (12.00) metros,
con la Calle Número Ocho (8); por el Sur, en doce (12.00)
metros, con el solar número nueve (9) del bloque "D"; por el
Este, en veintiséis (26.00) metros, con el solar número uno (1)
del bloque "D"; y por el Oeste, en veintiséis (26.00) metros, con
el solar número tres (3) del bloque "D".-------------------------------

---Enclava casa.------------------------------------------------------------

---Inscrita al folio cincuenta y siete (57) del tomo ciento treinta y
uno (131) de Naguabo, finca número seis mil novecientos
noventa y dos (6,992), Registro de la Propiedad de Humacao.----

---Los comparecientes, sus sucesores, causahabientes por cualquier título, vienen obligados a otorgar y suscribir toda clase de documentos públicos y/o privados que sean necesarios y requeridos para suplir cualquier omisión o detalle que deba aclararse, corregirse, enmendarse o adicionarse para que los actos que comprenden este instrumento público sean inscritos correctamente en el Registro de la Propiedad, incluyendo cualquier Acta Aclaratoria.------------------------------------

---Las Partes y el/la Notario tienen ante sí un estudio de título actualizado que señala la situación registral del inmueble, dado en garantía, manifestando ambas partes que conocen su contenido y que, de buena fe, descansan en la veracidad del mismo.------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

--------------------------------------------------

——SIXTH: Value of the Property.—————————————————————
——SEXTO: Valor de la Propiedad—————————————————————

Pursuant to the provisions of the Mortgage and
En cumplimiento de las disposiciones de la Ley

Property Registry Act of Puerto Rico, Lender and
Hipotecaria y del Registro de la Propiedad de Puerto Rico

Borrower value the Property at an amount equal to
el Prestador y el Deudor lasan la propiedad en

the original principal amount of the Note secure by
una cantidad equivalente al principal original del

this mortgage, which value shall serve as lowest
Pagara garantizado por esta hipoteca, cuyo valor

bid at the first auction in the event of foreclosure
sirvá como tipo mínimo en la primera subasta en caso de ejecución.

———SEVENTH: Appearing Parties ("Borrower").—————————————
———SEPTIMO: Comparecientes ("Deudor")—————————————————

--- PEDRO ALEXIS CASILLAS RIVERA, Seguro Social Número

", Seguro Social Número        ' y su esposa DORA LIZ

MONTAÑEZ CRUZ, Seguro Social Número           mayores de

edad, propietarios y vecinos de Naguabo, Puerto Rico.----------------------------

---DORA LIZ MONTAÑEZ CRUZ comparéce a los únicos efectos de prestar

su consentimiento a la presente transacción por ser la propiedad objeto de

la transacción un bien privativo de su esposo PEDRO ALEXIS CASILLAS

RIVERA.---------------------------------------------------------------------------------

---Yo, el Notario, doy fe de haberme asegurado de la identidad de la

compareciente, según requiere la ley Notarial en su artículo diecisiete (17)

(c), mediante el examen que he hecho de licencia de conducir número

        de PEDRO ALEXIS CASILLAS RIVERA; licencia de conducir

número       )" de DORA LIZ MONTAÑEZ CRUZ, las que contenían el

retrato y firma de dichos otorgantes y fueron mostradas libre y ·

voluntariamente por éstos. Al representante del acreedor hipotecario doy fe

de conocer personalmente.-------------------------------------------------------------

---------------------------------- DOY FE ------------------------------------------

——EIGHTH: Lender. The Lender is ————————————————
——OCTAVO: Prestador. El Prestador es ————————————————

——R & G MORTGAGE CORPORATION, a Corporation duly

organized under the Laws of the Commonwealth of Puerto Rico,

and whose Federal Employer Identification number is six six

dash zero three one one nine one two (            and offices

in San Juan, Puerto Rico, ————————————————————————

represented by DON OSVALDO DELGADO FUENTES, Social Security

Number "            , legal age, married, executive and

residente of Trujillo Alto, Puerto Rico, ————————————

as per Certificate of Corporate Resolution, dated July twenty

fourth (24), nineteen ninety seven (1997), suscribed under

affidavit number thirty three thousand fifteen (33,015), before

Notary Public F. Vázquez Santoni.————————————————————

——NINTH: Waiver of Homestead Rights.————————————————
——NOVENO: Renuncia de Hogar Saguro.————————————————

——Borrower hereby waives, in favor of the Lender, to the
——El Deudor por la presente renuncia, a favor del Prestador, hasta el

fullest extent allowed by law, all homestead and similar rights
límite permitido por ley, todos- sus derechos de hogar seguro y derechos similares

conferred upon Borrower by any law, including, without limitation,
conferidos al Deudor por cualquier ley incluyendo, sin implicar limitación,

the provisions of the Puerto Rico Right of Homestead (31 L.P.R.A.
las disposiciones sobre Derecho de Hogar Seguro de Puerto Rico (31 L.P.R.A.

§ 1851-1857).————————————————————————————————
§ 1851-1857).————————————————————————————————

——TENTH: Property Address. The Property Address shall be
——DECIMO: Dirección de la Propiedad. La Dirección de la Propiedad será

the address stated in the Note as the property Address.————————
la dirección indicada en el Pagaré como Dirección de la Propiedad————————

————————————— ACCEPTANCE ————————————————
————————————— ACEPTACION ——————————————————

——The appearing parties accept this Deed in its entirety and I, the
——Los comparecientes aceptan esta Escritura en su totalidad y yo, el

Notary, made to the appearing parties the necessary legal warnings
Notario, hice a los comparecientes las advertencias legales pertinentes

concerning the execution of the same. I, the Notary, advised the
relativas a su otorgamiento. Yo, el Notario, advertí a las

appearing parties as to their right to have witnesses present at this
partes comparecientes de su derecho de tener testigos presentes a este

execution, which right they waived. The appearing parties having
otorgamiento, a cuyo derecho renunciaron. Habiendo los comparecientes

read this Deed in its entirety, fully ratify and confirm the
leido esta Escritura en su totalidad, la ratifican totalmente y confirman que las

statements contained herein as the true and exact embodiment of their
declaraciones contenidas en la misma reflejan fiel y exactamente sus

stipulations, terms and conditions. Whereupon the appearing parties
estipulaciones, términos y condiciones En cuya virtud los comparecientes

signed this Deed, before me, the Notary, and signed their initials on
firman esta Escritura ante mi, el Notario, y firman sus iniciales en

each and every page of this Deed.————————————————————
todas y cada una de las páginas de esta Escritura.————————————————

——I, the Notary, do hereby certify as to every———————————————
——Yo, el Notario, por la presente certifico de———————————————————

thing stated or contained in this instrument.————————————————
todo lo declarado y contenido en este instrumento.———————————————

——I, the Notary, DO HEREBY ATTEST.——————————————————
——Yo, el Notario, DOY FE.————————————————————————

14

22

# EXHIBIT III

## ESTUDIO DE TITULO

CASO : PEDRO A. CASILLAS RIVERA
RE : Firstbank 0471-417

FINCA: #6992, inscrita al folio 55 del tomo 131 de Naguabo (Sección de Humacao).

DESCRIPCION :

URBANA: Solar marcado con el número 2 del bloque "D" de la Urbanización Río Blanco Heights, radicada en el término municipal de Naguabo con un área superficial de 312.00 metros cuadrados. En lindes por el NORTE, en 12.0 metros, con la calle #8; por el SUR, en 12.00 metros, con el solar #9 del bloque "D", por el ESTE, en 26.00 metros, con el solar #1 del bloque "D" y por el OESTE, en 26.00 metros, con el solar #3 del bloque "D". ·

ENCLAVA: Una residencia de hormigón.

ORIGEN: Se segrega de la finca #6760, inscrita al folio 50 del tomo 120 de Naguabo.

PROPIETARIO REGISTRAL: PEDRO ALEXIS CASILLAS RIVERA, mayor de edad, soltero, quien adquiere de la siguiente forma:

A) Un 50% por compra a los esposos José M. Velázquez Hernández y Paquita Ríos Medina, por el precio de $55,000.00. Según escritura # 49, otorgada en Caguas, el 28 de junio de 1996, ante Marla Denisse Ríos Díaz, inscrita al folio 57 del tomo 131 de Naguabo, inscripción 3ra.

B) El otro 50% por compra a Amneris Resto Carrasquillo, mayor de edad, soltera, por el precio de $2,000.00. Según escritura #9 otorgada en Las Piedras el 12 de abril de 1997 ante Manuel Medina Delgado, Acta Notarial #31 otorgada en Las Piedras el 30 de junio de 2003 ante Manuel medina Delgado y Escritura #144 de Rectificación y Ratificación otorgada en San Juan el 13 de abril de 2004 ante Carlos R. Garriga Blanco, inscritas al folio 27 del tomo 230 de Naguabo, inscripción 4ta.

## CARGAS Y GRAVAMENES

Por su Procedencia: Servidumbre perpetua para tubería a favor de Estados Unidos de América, a favor de Eastern Sugar Associates, Ramón Luis Nevares, a favor de Autoridad de las Fuentes Fluviales, Municipio de Naguabo y Puerto Rico Telephone Company.

Por sí:

1- HIPOTECA: Por $75,700.00, con intereses al 6.375% anual, en garantía de un pagaré a favor de RG Mortgage Corp., o a su orden, que vence el 1 de mayo de 2034. Según escritura #145, otorgada en San Juan el 13 de abril de 2004, ante Carlos R. Garriga Blanco, inscrita al folio 27 del tomo 230 de Naguabo, inscripción 6ta.

REVISADOS: Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora Electrónica.

En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos en el sistema de computadora.

San Juan, Puerto Rico, a 13 de enero de 2010.

**J G I TITLE SERVICE, INC.**
JGITS/jcr
#48284
Cotejado por :
6992_NAG_E10
F-mr



ESTADO LIBRE ASOCIADO DE PUERTO RICO
**D E P A R T A M E N T O  D E  J U S T I C I A**
REGISTRO DE LA PROPIEDAD

# CERTIFICACION

RELATIVA A LA FINCA NUMERO——— 6992 ———INSCRITA———

———AL FOLIO——— 55 —————————DEL TOMO——— 131 ————————

DE ———————— Naguabo ————————————————————————————

Expedida el- 30 ————de———— marzo de———2010————————

a instancia de-:——— Antonio R. Escribá Oliver ————

**FINCA DE NAGUABO Nº: 6992**

**DATOS DE LA FINCA:** Urbana: Solar marcado con el número 2 del Bloque "D" de la Urbanización Río Blanco Heights radicada en el término municipal de Naguabo con un área superficial de 312.00 metros cuadrados, en lindes por el Norte, en 12.00 metros con la calle número 8; por el Sur, en 12.00 metros con el solar número 9 del Bloque "D"; por el Este, en 26.00 metros con el solar número 1 del Bloque "D" y por el Oeste, en 26.00 metros con el solar número 3 del bloque "D". Enclava una residencia de hormigón, con losa de hormigón. ES SEGREGACIÓN DE LA FINCA 6,760, INSCRITA AL FOLIO 50, TOMO 120 DE NAGUABO.

**TITULARIDAD:** PEDRO ALEXIS CASILLAS RIVERA, mayor de edad, soltero, con CARACTER PRIVATIVO, es titular del pleno dominio de **la totalidad** de esta finca, según la inscripción 4ª, de fecha 17 de Julio de 2.003, al folio 27, del Tomo 230 del término municipal de Naguabo, y en virtud de la escritura otorgada en Las Piedras, ante el notario MANUEL MEDINA DELGADO, con número de protocolo 9, el 12 de Abril de 1.997.

**CARGAS:** SERVIDUMBRE: Se halla afecta a servidumbre perpetua para tubería a favor de Estados Unidos de América, a favor de Eastern Sugar Associates, Ramón Luis Nevares, Autoridad de las Fuentes Fluviales de Puerto Rico, Municipio de Naguabo y Puerto Rico Telephone Company. Inscripción 1ª, de fecha 9 de Junio de 1.977, al folio 55, del Tomo 131 del término municipal de Naguabo, y en virtud de la escritura otorgada en Humacao, ante el notario JOSE RAFAEL SANTOS CRUZ, con número de protocolo 152, el 10 de Mayo de 1.977.

HIPOTECA: Según la Inscripción 6ª, de fecha 27 de Mayo de 2.004, al folio 27, del Tomo 230, del término municipal de Naguabo y en virtud de la escritura otorgada en San Juan, ante el notario CARLOS R. GARRIGA BLANCO, con número de protocolo 145, el 13 de Abril de 2.004, la totalidad de esta finca se encuentra gravada con una HIPOTECA, a favor de la entidad RG Mortgage Corporation, por un importe de $75,700.00 del principal, con un plazo de amortización de 360 meses, con fecha de vencimiento del 1 de Mayo de 2.034. **OBSERVACIONES:** La Hipoteca devengará intereses a 6.375% anual. Créditos Adicionales; Se garantizan tres sumas adicionales equivalentes al 10% del principal original del pagaré cada una, para costas, gastos, y honorarios de abogado en caso de reclamación judicial, para intereses en adición a los garantizados por ley y para otros adelantos que puedan hacerse bajo esta hipoteca. Tasada la propiedad en una cantidad equivalente al principal original del pagaré en caso de subasta.

ANOTACIÓN DE DEMANDA DE PROPIEDAD O DERECHO REAL: Según la anotación letra "A" de fecha 24 de Febrero de 2.010 al folio 27 del Tomo 230 del término municipal de Naguabo, y en virtud de mandamiento judicial expedido en el TRIBUNAL DE PRIMERA INSTANCIA, Sala de Humacao, el 25 de Enero de 2.010, la totalidad de esta finca se encuentra gravada con la Anotación referida a favor de la entidad Firstbank De Puerto Rico, por un total de $70,567.50 del principal, según juicio de fecha 25 de Enero de 2.010. **OBSERVACIÓN:** Derecho que se inscribe: Anotación de Demanda en Ejecución de Hipoteca. Hipoteca que motiva la anotación: Hipoteca a favor de R&G Mortgage Corporation por la suma de $75,700.00, que resulta de la inscripción 6ª. Tribunal, Número de caso y causa de acción: Tribunal de Primera Instancia, Centro Judicial de Humacao, Sala Superior. Caso Número: HSCI201000111. Sobre: Cobro de Dinero y Ejecución de Hipoteca por la Vía Ordinaria. Demandante: Firstbank Puerto Rico, tenedor de buena fe del pagaré garantizado con la hipoteca, y a cuyo favor se anota la Demanda. Demandados: Pedro Alexis Casillas Rivera, Pedro Casillas Pérez y Gladys Rivera Sánchez. Extremos que se solicitan en la Demanda: Que se ordene a la parte demandada a pagar el principal adeudado que asciende a la suma de $70,567.50, más otras sumas que se detallan en la demanda o en su defecto, que se ordene la ejecución de la hipoteca.

Que se efectuó búsqueda en Bitácora hasta el Asiento 337 del Diario 900 del cual no aparece asiento contrario a lo antes indicado. Que no se tomó nota en la finca de esta solicitud de Certificación por no haberse cumplido con el Artículo 185.1 que requiere que se envíe copia certificada de la demanda, cosa que no se hizo. Que no se certifica en cuanto a otros extremos por no haberse solicitado los mismos.

**Y PARA QUE CONSTE**, de conformidad con lo solicitado por Antonio Escriba, expido la presente que sello y firmo en Humacao, 11:38 a.m. del 30 de Marzo de 2010.

Derechos: $6.00
Comprobante: 50065-2010-0209-51038510

Lcda. Sonia M. Palacios de Miranda

**Descripción:** Descrita conforme con la inscripción 4ª. **Cargas:** Afecta por sí a hipoteca a favor de R&G Mortgage Corporation por la suma de $75,700.00, según surge de la inscripción 6ª. **Titular:** Inscrita a favor de **Pedro Alexis Casillas Rivera**, según la inscripción 4ª. **Derecho que se inscribe:** <u>**Anotación de Demanda en Ejecución de Hipoteca**</u>. **Hipoteca que motiva la anotación:** Hipoteca a favor de R&G Mortgage Corporation por la suma de $75,700.00, <u>**que resulta de la inscripción 6ª**</u>. **Tribunal, Número de caso y causa de acción:** Tribunal de Primera Instancia, Centro Judicial de Humacao, Sala Superior. **Caso Número:** HSCI201000111. **Sobre:** Cobro de Dinero y Ejecución de Hipoteca por la Vía Ordinaria. **Demandante: Firstbank Puerto Rico**, tenedor de buena fe del pagaré garantizado con la hipoteca, y <u>**a cuyo favor se anota la Demanda**</u>. **Demandados:** Pedro Alexis Casillas Rivera, Pedro Casilllas Pérez y Gladys Rivera Sánchez. **Extremos que se solicitan en la Demanda:** Que se ordene a la parte demandada a pagar el principal adeudado que asciende a la suma de $70,567.50, más otras sumas que se detallan en la demanda o en su defecto, que se ordene la ejecución de la hipoteca. **Documentos Presentados:** Demanda del 25 de enero de 2010, radicada en el Tribunal el 2 de febrero de 2010, en el caso relacionado anteriormente, debidamente certificada por la Secretaría del Tribunal. **Presentada el 24 de febrero de 2010**, a las 9:42 de la mañana, al **Asiento 1479** del **Diario 899**. Humacao, a *fecha*. **Derechos: $4.00.**

| | |
|---|---|
| Finca: 6992 | Pueblo: Naguabo |
| Folio: 27 | Tomo: 230 |
| Anotación: A | |

**ESTADISTICAS**
Asiento: 1479    Diario: 899
Urbana
Transacción: Anotación de Demanda
Cabida: 312.00 metros cuadrados
Valor: $70,567.50
Sellos Rentas Internas: n/a
Sellos Asistencia Legal: n/a
Núm. de Finca: 1
Núm. de Operaciones: 1

Técnico            Fecha de despacho        2 Y ᵐₛ)¹ᵘ
Félix                 12/marzo/2010

EXHIBIT IV



**REQUEST FOR DISMISSAL**

**ATTORNEY** _____ Latimer Biaggi _____

| | |
|---|---|
| **Loan Number** | 451755 |
| **Debtor** | PEDRO A CASILLAS-RIVERA |
| **Co-Debtor** | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **BKR #** | 10-10866 | **CHPT** | 13 | **DATE FILED** | 11/18/2010 | |
| **Payments due** | 22 | **Pre-pet** | 19 | **Post-pet** | 3 | |

**Due Date**      **Principal Balance**

**Post- Petition arrears:**

| | | | | | |
|---|---|---|---|---|---|
| 3 | **Months at** | $ 488.44 | | $ | 1,465.32 |
| | **Months at** | | | $ | - |
| **Late Charges at** | | | | $ | 70.83 |
| **Legal Cost** | | | | $ | 400.00 |
| **Foreclosure Fees** | | | | $ | - |
| **Inspections** | | | | $ | 25.00 |
| **Bad Chek Fee** | | | | $ | - |
| **Other Charges** | | | | $ | - |
| | | | **TOTAL** | $ | 1,961.15 |

All reinstallment payments must be made up to the current month, including legal fees & late charges

**Verified Declaration**

I, the undersigned, declare under penalty of perjury that the amounts claimed by Movant in the foregoing Request for Dismissal, represents accurately the information kept in accounting books and records kept by Movant in the ordinary course of business. I further declare under penalty that I have read the foregoing Motion from the Automatic Stay, and that the facts alleged are true and correct to the best of my knowledge.

**Name** _____
       BANKRUPTCY OFFICER

This Request for Dismissal was prepared      This    6   dayof   September   of    2011


Todo está en uno

## *UNSWORN STATEMENT*
## *UNDER PENALTY OF PERJURY*

The undersigned hereby certifies the following under penalty of perjury:

Debtor (s) Pedro Casillas Rivera

- Loan Number:451755

- Principal balance: $ 70,174.86

- Monthly late charges: $ 23.61

- Pre-petition arrears and other charges: $ 12,654.73

- Post-petition arrears: $1,961.15

- Other charges: $ .

- Last post-petition installment was received on 07/18/11 applied to 06/01/11

- _____ No post-petition payments have been made.

- Present value interest compounded at 6.37500%, per annum.

This 6 day of September of 2011.

Name: Juan A Benitez
Title: Bankruptcy Officer

IN RE: 451755

Pedro Casillas Rivera

Q#  10-10866

Debtor(s)                                                    CHAPTER: 13

---

## ***VERIFIED STATEMENT***

I,  _____*Juan A Benitez*_____ of legal age ____*Single* _____ resident of

_____*San Juan*_____ , Puerto Rico, state under penalty of perjury as follows;

That as to this date __September 06, 2011__  by search and review of the records

kept by _____*FirstBank*_____ in the regular course of business in regard to debtor

account with this bank there is no information that will lead the undersign to belief that

debtor is a service member either on active duty or under a call to active duty,  in the

National Guard or as a commission officer of the Public Health Services or the National

Oceanic and Atmospheric Administration (NOAA) in active duty.


The bank has not received any written notice from debtor that his military status
has change.

That as part of my search I examined the following documents or records

available to me.

In testimony, wherefore I sign this document under penalty of perjuring in San

Juan, Puerto Rico on ____September *06*___ 2011.

_Bankruptcy Clerk_

EXHIBIT  V

Department of Defense Manpower Data Center                    Sep-12-2011 06:03:26

 Military Status Report
Pursuant to the Service Members Civil Relief Act

| ◄ Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| CASILLAS | PEDRO | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

## *More information on "Active Duty Status"*

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d)(1) for a period of more than 30 consecutive days. In the case of a member of the National Guard, includes service under a call to active service authorized by the President or the Secretary of Defense for a period of more than 30 consecutive days under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy TARs, Marine Corps ARs and Coast Guard RPAs. Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps) for a period of more than 30 consecutive days.

## *Coverage Under the SCRA is Broader in Some Cases*

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of SCRA extend beyond the last dates of active duty.

Those who would rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a name and SSN provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.
Report ID:B3F30DNCNV